**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: Omar Ferrer          JOINT DEBTOR: Ana Ferrer          CASE NO.:_____
Last Four Digits of SS# 9328   Last Four Digits of SS# 4711

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
   A.   $ 1274.75   for months 1 to 60; in order to pay the following creditors:

<u>Administrative</u>:   Attorney's Fee - $ 3650   TOTAL PAID $ 1500   Balance Due $ 2150
                payable $ 59.10/month (Months 1 to 36) and payable $ 22.40/month (Months 22 to 22)

<u>Secured Creditors</u>: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Caliber Home Loans, Inc        Arrearage on Petition Date  $22072.84
Address: POB 650856              Arrears Payment     $ 367.88 /month (Months 1 to 60)
Dallas, TX 75265-0856            Regular Payment     $ 731.89/month (Months 1 to 60)
Account No: 9804061423

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ___ To ___ | |

<u>Priority Creditors</u>: [as defined in 11 U.S.C. §507]

1. None_____   Total Due  $_____
                         Payable   $_____/month (Months ____ to ____) Regular Payment $_____

<u>Unsecured Creditors</u>:  Pay $ 36.70/month (Months 22 to 22) and Pay $ 59.10 /month (Months 23 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

   /s/Robert Sanchez, Esq              /s/Robert Sanchez, Esq.
Attorney for Debtor                  Attorney for the Joint Debtor
Date: 4-19-2016                      Date: 4-19-2016


LF-31 (rev. 01/08/10)