# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### 1st amended plan

DEBTOR: Omar Ferrer  JOINT DEBTOR: Ana Ferrer  CASE NO.: 16-15575
Last Four Digits of SS# 9328  Last Four Digits of SS# 4711

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.   $ 1,352.24 for months 1 to 60; in order to pay the following creditors:

Administrative:   Attorney's Fee - $ 3650   TOTAL PAID $ 1500  Balance Due $ 2150
payable $ 100.17/month (Months 1 to 21) and payable $ 46.43/month (Months 22 to 22)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Caliber Home Loans, Inc   Arrearage on Petition Date  $22072.84
Address: POB 650856   Arrears Payment   $ 367.88 /month (Months 1 to 60)
Dallas, TX 75265-0856   Regular Payment   $ 731.89/month (Months 1 to 60)
Account No: 9804061423

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ___ To ___ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Service   Total Due  $ 1,762.21
   Payable   $ 29.37/month (Months 1 to 60)

Unsecured Creditors: Pay $ 53.74/month (Months 22 to 22) and Pay $ 100.17/month (Months 23 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/Robert Sanchez, Esq.   /s/Robert Sanchez, Esq.
Attorney for Debtor   Attorney for Joint Debtor
Date: 5-24-2016   Date: 5-24-2016


LF-31 (rev. 01/08/10)