**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
**2nd amended plan**

DEBTOR: Omar Ferrer          JOINT DEBTOR: Ana Ferrer          CASE NO.: 16-15575
Last Four Digits of SS# 9328   Last Four Digits of SS# 4711

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 1,305.16 for months 1 to 60; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650    TOTAL PAID $ 1500  Balance Due $ 2150
    payable $ 100.17/month (Months 1 to 21) and payable $ 46.43/month (Months 22 to 22)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Caliber Home Loans, Inc/US Bank    Arrearage on Petition Date $19,296.58
Address: P.O. Box 24330    Arrears Payment    $ 321.61 /month (Months 1 to 60)
Oklahoma City OK 73124    Regular Payment    $ 731.89/month (Months 1 to 60)
Account No: 9804061423

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ___ To ___ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Service    Total Due $ 1,970.30
    Payable    $ 32.84/month (Months 1 to 60)

Unsecured Creditors: Pay $ 53.74/month (Months 22 to 22) and Pay $ 100.17/month (Months 23 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq.                    /s/Robert Sanchez, Esq.
Attorney for Debtor                                   Attorney for Joint Debtor
Date: 7/14/2016                                        Date: 7/14/2016

LF-31 (rev. 01/08/10)